# Court of Appeals
# of the State of Georgia

ATLANTA,  July 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2057.  CONFESOR CHAPARRO v. THE STATE.**

Confesor Chaparro was convicted of four counts of aggravated child molestation.  His judgment of conviction was affirmed.  *Chaparro v. State*, 279 Ga. App. 145 (630 SE2d 645) (2006).  Since that time, Chaparro has filed a number of post-conviction motions – resulting in applications and a direct appeal to this Court, all of which were either denied or dismissed.[1]  Recently, on March 23, 2017, Chaparro filed a pro se "Motion For Judgment Notwithstanding Mistrial or Verdict." The trial court denied that motion in an order entered March 28, 2017.  Chaparro filed a notice of appeal on April 27, 2017, giving rise to the instant direct appeal.  We lack jurisdiction.

Chaparro's motion was essentially a challenge to his convictions as void.  But as the Georgia Supreme Court has made clear, a motion seeking to set aside or vacate an allegedly void criminal conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a motion must be dismissed. See *Roberts v. State*, 286 Ga. 532

---

[1] See Case Nos. A14D0056 (denied October 18, 2013); A11A1862 (dismissed June 20, 2011); A08D0343 (dismissed May 2, 2008); A08D0111 (dismissed November 19, 2007).

(690 SE2d 150) (2010).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __07/21/2017__
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*